UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEIU HEALTHCARE MICHIGAN
f/k/a SEIU Local 79,
        Plaintiff,

v.
                               Case No. 09-13215
                               Honorable Patrick J. Duggan

ST. MARY'S ACQUISITION CO.,
INC., d/b/a ST. MARY'S NURSING HOME,
        Defendant.
_____/

## JUDGMENT

Plaintiff SEIU Healthcare Michigan ("SEIU") filed this action pursuant to Section

301 of the Labor-Management Relations Act, 29 U.S.C. § 185(a), seeking to confirm an

arbitration award that overturned the dismissal of SEIU member Angelia McCurrie from

her employment with Defendant St. Mary's Acquisition Company, Inc., doing business as

St. Mary's Nursing Home (collectively "St. Mary's").  The parties subsequently filed

cross-motions for summary judgment.  In an Opinion and Order entered on this date, the

Court denied SEIU's motion for confirmation of the arbitration award and granted the

motion filed by St. Mary's to vacate the arbitration award.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the Complaint is

**DISMISSED WITH PREJUDICE** and **JUDGMENT** is entered in favor of St. Mary's

and against SEIU.

DATE: May 27, 2010              s/PATRICK J. DUGGAN
                                   UNITED STATES DISTRICT JUDGE

Copies to:
Meagan Dolleris, Esq.
Karen B. Berkery, Esq.
Teri L. Dennings, Esq.